IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH ADENS | : | No. 12-616-2 |

## ORDER

AND NOW, this 10th day of September, 2021, upon consideration of Joseph Adens's *pro se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 751), Mr. Adens's *pro se* letter to the Court dated August 8, 2021 (Doc. No. 752), and the Government's Response in Opposition (Doc. No. 754), it is **ORDERED** that the Motion (Doc. No. 751) is **DENIED WITHOUT PREJUDICE**. Mr. Adens may renew his motion after he has properly documented that he exhausted his request for compassionate release with the Bureau of Prisons.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1