IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| JOSEPH ADENS | : | No. 12-616-2 |

## ORDER

AND NOW, this 25th day of April, 2022, upon consideration of Joseph Adens's *pro se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 765), the Government's Response in Opposition (Doc. No. 767), and Mr. Adens's reply (Doc. No. 770), it is **ORDERED** that the Motion (Doc. No. 765) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1