IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH ADENS | : | No. 12-616-2 |

**ORDER**

AND NOW, this 22nd day of January, 2024, upon consideration of Joseph Adens's *pro se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 779), and the Government's Response in Opposition (Doc. No. 780), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion (Doc. No. 779) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE